UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELLEN Y. LEFFEL,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　Defendant | Civil No. C06-5091RBL<br><br><br><br><br>ORDER |

　　　Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including August 9, 2006, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including August 30, 2006, to file Plaintiff's Reply Brief.

　　　DATED this 18th day of July, 2006.

　　　　　　　　　　　　　　　　　　　　*/s/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Page 1　　　ORDER - [C06-5091RBL]

1  Presented by:
2
3  s/ Daphne Banay
   Daphne Banay
4  Special Assistant U.S. Attorney
   Attorney for Defendant
5  701 Fifth Ave, Ste 2900, M/S 901
6  Seattle, WA   98104-7075
   Phone:  206-615-2113
7  Fax:      206-615-2531
   daphne.banay@ssa.gov
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28