06-CV-05091-ORD

FILED ____ LODGED
____ RECEIVED

AUG 2 4 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELLEN Y. LEFFEL, | Civil No. C06-5091RBL |
| Plaintiff, | |
| vs. | |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ORDER FOR REMAND |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will further evaluate the opinions of Jeff Bremer, Ph.D. (Tr. 271-276), Norman Peterson, M.D. (Tr. 303-307), Kristine Harrison, Psy.D., and Bruce Eather, Ph.D. (Tr. 344-349, 350-353), and Glade Birch, Ph.D. (Tr. 415-421, 430-436); the ALJ will further evaluate the credibility of Plaintiff's subjective complaints; the ALJ will further assess Plaintiff's maximum residual functional capacity; and, if necessary, with

Page 1    ORDER- [C06-5091RBL]

the assistance of supplemental vocational expert testimony, the ALJ will further evaluate Plaintiff's ability to perform past relevant work, and, as needed, her ability to perform other work in the national economy.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 24 day of _____ 2006.

_____
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

/s/ J. Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Daphne Banay
Daphne Banay
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone: 206-615-2113
Fax: 206-615-2531
daphne.banay@ssa.gov

Page 2     ORDER- [C06-5091RBL]